# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULTRAMAX PRODUCTS LTD., A United Kingdom Limited Company,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY MICHAEL MITCHELL, An Individual Residing in Nevada,<br><br>    Defendant. | Case No.: 2:18-CV-01862-RCJ-DJA<br><br>**ORDER RESCINDING AND STRIKING COURT ORDER OF DISMISSAL (ECF NO. 34)** |

On March 9, 2021, due to a clerical error, the Court ordered the case dismissed (ECF No. 34).  "The district court, on its own initiative or on motion of party, may correct clerical errors in judgments, orders, or other parts of the record, as well as errors arising from oversight or omission." Fed. R. Civ. P. 60(a).  The Court therefore orders the dismissal of this case be stricken and that the case is reopened.

  **IT THEREFORE ORDERED** that the Clerk of the Court shall rescind and strike Order of Dismissal (ECF No. 34) and reopen the case.

  **IT IS SO ORDERED**.

  DATED:  March 9, 2021.

                       _____
                       ROBERT C. JONES
                       United States District Judge