# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULTRAMAX PRODUCTS LTD., a United Kingdom Limited Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY MICHAEL MITCHELL, An individual residing in Nevada,<br><br>　　　　　　Defendant. | Case No.: 2:18-CV-01862-RCJ-DJA<br><br>**NOTICE REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41-1** |

Notice to: ULTRAMAX PRODUCTS LTD.

Local Rule 41-1 provides as follows:

"All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want to prosecution by the court *sua sponte* or on the motion of an attorney or pro se party."

Be advised the official record in this action reflects that this case has been pending for more than 270 days without any proceeding having been taken during such period.

If no action is taken in this case by **April 9, 2021**, the Court shall enter an order of dismissal for want of prosecution.

DATED: March 9, 2021.

_____
ROBERT C. JONES
United States District Judge