# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULTRAMAX PRODUCTS LTD., a United Kingdom Limited Company. <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY MICHAEL MITCHELL, An individual residing in Nevada <br> Defendant. | Case No.: 2:18-cv-1862-RCJ-DJA <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY ALL DEADLINES AND TELEPHONIC STATUS CONFERENCE** <br><br> **[FIRST REQUEST]** |

Plaintiff ULTRAMAX PRODUCTS LTD. ("Ultramax" or "Plaintiff") and Defendant ANTHONY MICHAEL MITCHELL ("Mitchell" or "Defendant") submit this Joint Stipulation to stay all deadlines. The parties do hereby stipulate to stay the case for sixty (60) days while the parties finalize a settlement agreement. The parties have already agreed to the 9 major terms that will be in a final agreement and need time to finalize the final long form agreement

This is the first such request by either party to extend or modify the schedule. Good cause exists because all matters in controversy between the Parties have been settled through a binding list of terms to be included into a final long form written

agreement. The parties have been and are engaged in good faith discussions but need additional time to finalize the settlement agreement and file dismissal papers. The parties have circulated and agreed to a list of terms. The parties believe that entry of a temporary stay will promote judicial economy and preserve the Court's resources. Accordingly, the parties respectfully request a 60-day stay for the above-referenced action including all discovery deadlines and any claim construction deadlines to permit the parties time to finalize the agreement and dismiss all pending actions in this Court.

    Wherefore, the Parties respectfully request that the Court enter an order staying all deadlines in this matter for sixty (60) days so that the Parties can finalize their settlement agreement and dismiss this case.

    I, Nihat Deniz Bayramoglu, attest th at the other signatory or their agent on this Joint Stipulation concurs in the filing's content and has authorized the filing.

DATED:  June 15, 2022

Respectfully submitted,
BAYRAMOGLU LAW OFFICES LLC
by: /s/ Nihat Deniz Bayramoglu
NIHAT DENIZ BAYRAMOGLU
Nihat Deniz Bayramoglu (State Bar No. 294922)
deniz@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, NV  89014
Telephone: (702) 462-5973
Facsimile: (702) 553-3404
Attorneys for Plaintiff Ultramax Products Ltd

| | | |
|---|---|---|
| DATED: June 15, 2022 | | Respectfully submitted, |

ANTHONY MICHAEL MITCHELL
By:   */s/ Anthony Michael Mitchell*ANTHONY MICHAEL MITCHELLAnthony@dimpleclip.com
c/o Liz Gabriela Gonzalez Lopez
Notaria 83 Av Chemuyil 1345
Galaxia del Carmen
77710, Playa del Carmen, Mexico
Defendant, Pro Se

### ORDER

IT IS HEREBY ORDERED that the Joint Stipulation to Stay All Deadlines (ECF No. 44) is GRANTED.

IT IS FURTHER ORDERED that this case is stayed for sixty (60) days or until Monday, August 22, 2022.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report on or before 5:00 P.M., Wednesday, August 17, 2022.

IT IS FURTHER ORDERED that a Telephonic Status Conference is set for 10:00 A.M., Monday, August 22, 2022, in Reno Courtroom 3, before District Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall dial into the AT&T Meet-Me-Line 888-675-2535 and provide Access Code No.: 2900398 and Security Code: 082222 five minutes prior to the hearing.  Please remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS SO ORDERED
   Dated: June 21st 2022

_____
Robert C. Jones
United States District Judge