# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULTRAMAX PRODUCTS LTD., a United Kingdom Limited Company.<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MICHAEL MITCHELL, An individual residing in Nevada<br><br>Defendant. | **JOINT STIPULATION AND MOTION FOR ENTRY OF DISMISSAL**<br><br>Case No.: **2:18-cv-01862-RCJ-DJA** |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Ultramax Products Ltd., ("UMP" or "Plaintiff") and Defendant Anthony Michael Mitchell ("Mitchell" or "Defendant") respectfully stipulate to and jointly move the Court for Entry of Dismissal as to all Counts of the Complaint (Dkt. 1) with prejudice, subject to Defendant's compliance with the Confidential Settlement Agreement ("CSA") to be

filed with the court under seal and the terms of which are incorporated by reference into the order of dismissal.

NOW THEREFORE, in reliance upon the representations and warranties made above and pursuant to the CSA, it is hereby stipulated by the Parties, and the Parties move the Court, for an Order (as set forth in the attached Proposed Order) that:

1) Plaintiff's claims as to Mitchell's activities as alleged in the Complaint are dismissed with prejudice, subject to the conditions set forth above, in the CSA, and subject to compliance with the CSA;
2) The Court retains jurisdiction over this matter to hear any dispute involving the CSA including any breach or violation of the CSA.
3) That the CSA and all exhibits thereto be filed under seal with the court subsequent to the entering of this order.

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the Clerk of the Court shall CLOSE this case.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over this matter until November 30, 2022 to enforce the terms of the parties' Confidential Settlement Agreement.

DATE:  October 18, 2022.

_____
ROBERT C. JONES
United States District Judge